**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL BRAZELL, JR.,                                                                          PLAINTIFF
ADC #500711

v.                                         5:12-cv-00100-DPM-JTK

M. WASHINGTON, et al.                                                                        DEFENDANTS

### ORDER

Defendants Lucrecia Bradley and Denise Chance, through their attorney, have answered and supplied their correct names (Doc. No. 36). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 16th day of May, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE