## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL BRAZELL, JR.
ADC # 500711                                                    PLAINTIFF


v.                          No. 5:12-cv-100-DPM-JJV


M. WASHINGTON, Correctional
Officer, Cummins Unit, ADC;
MOSELEY, Lt., Cummins Unit,
ADC; TATE, Captain, Cummins
Unit, ADC; DENISE CHANCE;
HARRIS, Correctional Officer I,
Cummins Unit, ADC; LUCRECIA
BRADLEY; G. LAY, Warden,
Cummins Unit, ADC; M. WARNER,
Deputy Warden, Cummins Unit,
ADC; POSEY, Sgt., Cummins Unit,
ADC; and REED, Correctional
Officer, Cummins Unit, ADC                               DEFENDANTS


## ORDER

No one has objected to Magistrate Judge Volpe's proposed findings and

recommendations, *Document No. 51*. The Court has therefore reviewed the

proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b)

(advisory committee notes to 1983 addition), and for legal error. Finding

neither, the Court adopts the proposal in its entirety.  The Court therefore

denies Brazell's motion for preliminary injunctive relief, *Document No. 20*.

So Ordered.

_____

D.P. Marshall Jr.

United States District Judge

_8 June 2012_