IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BRAZELL, JR.
ADC # 500711                                                              PLAINTIFF

v.                      No. 5:12-cv-100-DPM-JJV

M. WASHINGTON; MOSELEY; TATE;
DENISE CHANCE; HARRIS; LUCRECIA
BRADLEY; G. LAY; M. WARNER;
POSEY; and REED                                                           DEFENDANTS

ORDER

No one has objected to Magistrate Judge Volpe's proposed findings and recommendations. *Document No. 62*. The Court has therefore reviewed them for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error. Finding neither, the Court adopts Judge Volpe's proposed findings and recommendations in their entirety. Defendants' motions for summary judgment, *Document Nos. 46 & 54*, granted. Complaint, *Document No. 2*, dismissed without prejudice because Brazell failed to exhaust his administrative remedies. All other pending motions denied as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2012