IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BRAZELL, JR.
ADC # 500711                                                                                    PLAINTIFF

v.                              No. 5:12-cv-100-DPM

M. WASHINGTON; MOSELEY; TATE;
DENISE CHANCE; HARRIS; LUCRECIA
BRADLEY; G. LAY; M. WARNER;
POSEY; and REED                                                                                 DEFENDANTS

## JUDGMENT

Brazell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2012